```
           IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                       :    CHAPTER 13

     Rahsaan G. Thomas            :    No. 18-16902-ELF
          Debtor
```

ANSWER TO MOTION OF WELLS FARGO BANK, N.A.
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied. Movant improperly rejected Debtor's payment.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 3/6/19