```
            IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


    IN RE:
                              :       CHAPTER 13
    Rahsaan G. Thomas         :       No. 18-16902-ELF
          Debtor              :
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion for Relief was served on March 6, 2019 on the Chapter 13 Trustee, William C. Miller, Esquire by electronic mail and on the follow by electronic mail:


Karina Velter on behalf of Wells Fargo Bank, N.A.
kvelter@manlydeas.com

```
                                /s/ David M. Offen
                                David M. Offen Esq.
                                Attorney for Debtor
                                601 Walnut Street
                                Suite 160 West
                                Philadelphia, PA 19106
                                215-625-9600
```

3/6/19