IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Rahsaan G. Thomas Debtor | ) ) ) ) ) | Chapter 13 No. 18-16902-ELF |
|---|---|---|---|

CERTIFICATION OF NO RESPONSE

   I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor

Date:3/8/19