# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | Case No.: 18-16902 |
| **Rahsaan G Thomas** | Chapter 13 |
| | Judge Eric L. Frank |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * * |
| | |
| **Wells Fargo Bank, N.A** | Date and Time of Hearing |
| **Movant,** | April 9, 2019 at 9:30 a.m. |
| vs | |
| | Place of Hearing |
| **Rahsaan G Thomas** | U.S. Bankruptcy Court |
| **Sade Thomas** | 900 Market Street, Courtroom #1 |
| | Philadelphia, PA, 19107 |
| **William C. Miller** | |
| **Respondents.** | Related Document # 20 |

## ORDER OF COURT

AND NOW, to wit, this  10th  day of          April          , 2019, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay (Doc. # 33), it is hereby **ORDERED** that the Stipulation is **APPROVED**.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**