United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16902-elf
Rahsaan G Thomas                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Apr 10, 2019
                             Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
db               +Rahsaan G Thomas,   37 W. Wyneva Street,   Philadelphia, PA 19144-6001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Rahsaan G Thomas dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          HOWARD  GERSHMAN    on behalf of Creditor   Transit Workers Federal Credit Union
           hg229ecf@gmail.com,   229ecf@glpoc.comcastbiz.net
          KARINA  VELTER    on behalf of Creditor   Wells Fargo Bank, N.A. amps@manleydeas.com
          KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-16902** |
| **Rahsaan G Thomas** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A** | : | **Date and Time of Hearing** |
| **Movant,** | : | **April 9, 2019 at  9:30 a.m.** |
| | : | |
| **vs** | : | |
| | : | **Place of Hearing** |
| **Rahsaan G Thomas** | : | **U.S. Bankruptcy Court** |
| **Sade Thomas** | : | **900 Market Street, Courtroom #1** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller** | : | |
| **Respondents.** | | **Related Document #  20** |

## ORDER OF COURT

AND NOW, to wit, this __10th__ day of _____April_____, 2019, upon

consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from

the Automatic Stay (Doc. # 33), it is hereby **ORDERED** that the Stipulation is **APPROVED**.


_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**