## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-16902-elf** |
| **Rahsaan G Thomas** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | |
| | : | |
| **Rahsaan G Thomas** | : | **U.S. Bankruptcy Court** |
| **Sade Thomas** | : | **900 Market Street, Courtroom #1** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller, Esq.** | : | |
| **Respondents.** | | |

### ORDER OF COURT

AND NOW, upon consideration of the Certification of Default filed by Wells Fargo Bank, N.A ("Creditor"), it is hereby **ORDERED** that the Automatic Stay and Co-Debtor Stay be and hereby are terminated as they affect the interest of Wells Fargo Bank, N.A in and to the Real Property of Debtor located at 37 West Wyneva Street, Philadelphia, PA 19144 and more particularly described in the Mortgage, recorded May 9, 2017, at Instrument Number 53209599.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

Date: 10/2/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**