United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16902-elf
Rahsaan G Thomas                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Lisa            Page 1 of 1              Date Rcvd: Oct 02, 2019
                            Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2019.
db             +Rahsaan G Thomas,    37 W. Wyneva Street,    Philadelphia, PA 19144-6001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2019 02:54:16
                The Bureaus, Inc.,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Rahsaan G Thomas dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              HOWARD   GERSHMAN    on behalf of Creditor    Transit Workers Federal Credit Union
               hg229ecf@gmail.com,    229ecf@glpoc.comcastbiz.net
              KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-16902-elf** |
| **Rahsaan G Thomas** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | |
| | : | |
| **Rahsaan G Thomas** | : | **U.S. Bankruptcy Court** |
| **Sade Thomas** | : | **900 Market Street, Courtroom #1** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller, Esq.** | : | |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, upon consideration of the Certification of Default filed by Wells Fargo Bank, N.A ("Creditor"), it is hereby **ORDERED** that the Automatic Stay and Co-Debtor Stay be and hereby are terminated as they affect the interest of Wells Fargo Bank, N.A in and to the Real Property of Debtor located at 37 West Wyneva Street, Philadelphia, PA 19144 and more particularly described in the Mortgage, recorded May 9, 2017, at Instrument Number 53209599.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

Date:  10/2/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**