# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-16902** |
| **Rahsaan G Thomas** : | **Chapter 13** |
| : | **Judge Eric L. Frank** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * |
| : | |
| **Wells Fargo Bank, N.A** : | **Related Document # 49** |
| **Movant,** : | |
| vs : | |
| : | |
| **Rahsaan G Thomas** : | |
| **Sade Thomas** : | |
| : | |
| **William C. Miller, Trustee** : | |
| **Respondents.** | |

## PRAECIPE OF WITHDRAWAL OF NOTICE OF FORBEARANCE PLAN
## (DOCKET NO. 49)

Now comes Wells Fargo Bank, N.A ("Creditor") by and through counsel, and hereby withdraws its Notice of Forbearance Plan which was filed in this Court on May 15, 2020.

                                                  Respectfully submitted,

                                                  /s/ Karina Velter
                                                  Karina Velter, Esquire (94781)
                                                  Adam B. Hall (323867)
                                                  Sarah E. Barngrover (323972)
                                                  Manley Deas Kochalski LLC
                                                  P.O. Box 165028
                                                  Columbus, OH  43216-5028
                                                  Telephone: 614-220-5611
                                                  Fax: 614-627-8181
                                                  Attorneys for Creditor
                                                  The case attorney for this file is Karina Velter.
                                                  Contact email is kvelter@manleydeas.com

18-037626_KDV

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-16902** |
| **Rahsaan G Thomas** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A** | : | **Related Document # 49** |
| **Movant,** | : | |
| | : | |
| vs | : | |
| | : | |
| **Rahsaan G Thomas** | : | |
| **Sade Thomas** | : | |
| | : | |
| **William C. Miller, Trustee** | : | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Praecipe of Withdrawal of Notice of Forbearance Plan (Docket No. 49) was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

David M. Offen, Attorney for Rahsaan G Thomas, The Curtis Center, 601 Walnut Street, Suite 160 West, Philadelphia, PA  19106, dmo160west@gmail.com

18-037626_KDV

The below listed parties were served via regular U.S. Mail, postage prepaid, on August  20 , 2020:

Rahsaan G Thomas, 37 W. Wyneva Street, Philadelphia, PA  19144

Rahsaan G Thomas and Sade Thomas, 37 West Wyneva Street, Philadelphia, PA  19144

DATE:  August 20, 2020

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-037626_KDV