# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Rahsaan G Thomas | : | Case No.: 18-16902 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Eric L. Frank |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **Wells Fargo Bank, N.A** ("Creditor").  Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Sarah E. Barngrover
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
sebarngrover@manleydeas.com

/s/ Adam B. Hall
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
abh@manleydeas.com

18-037626_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-16902** |
| **Rahsaan G Thomas** : | **Chapter 13** |
| : | **Judge Eric L. Frank** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **Wells Fargo Bank, N.A** : | **Related Document #** |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **Rahsaan G Thomas** : | |
| **Sade Thomas** : | |
| : | |
| **William C. Miller** : | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

David M. Offen, Attorney for Rahsaan G Thomas, The Curtis Center, 601 Walnut Street, Suite 160 West, Philadelphia, PA  19106, dmo160west@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 20, 2021:

Rahsaan G Thomas, 37 W. Wyneva Street, Philadelphia, PA  19144

Rahsaan G Thomas and Sade Thomas, 37 West Wyneva Street, Philadelphia, PA  19144

DATE: September 20, 2021

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)

18-037626_PS

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

18-037626_PS