IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :    Chapter 13

Rahsaan G Thomas                      :    Case No. 18-16902-ELF

    Debtor

**ORDER**

AND NOW, this \_\_\_7th\_\_\_ day of \_\_November_____, 2022, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
**ERIC L. FRANK**
**UNITED STATES BANKRUPTCY JUDGE**