Certificate Number: 12433-PAE-DE-036961418

Bankruptcy Case Number: 18-16902



12433-PAE-DE-036961418

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 7, 2022, at 8:56 o'clock PM EST, Rahsaan G. Thomas completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 8, 2022    By:   /s/Lisa Susoev

Name:   Lisa Susoev

Title:   Teacher