**Fill in this information to identify the case**

Debtor 1  Rahsaan G Thomas

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN District of PENNSYLVANIA
                                                                    (State)
Case number  18-16902

# Form 4100R
## Response to Notice of Final Cure Payment                              10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 3663

**Property address:** 37 West Wyneva Street
         Number      Street

Philadelphia  PA  19144
City                          State         Zip Code

### Part 2: Prepetition Default Payments*

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:       N/A
                                                           MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                           (a) $_____

b.  Total fees, charges, expenses, escrow, and costs outstanding:      (b) $_____

c.  Total. Add lines a and b.                                          (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:    ___/___/___
                                                                       MM/DD/YYYY

Form 4100R                    **Response to Notice of Final Cure Payment**                    page 1

18-037626_KJB

Debtor 1 ___Rahsaan G Thomas___    Case number (if known) _18-16902_____
         First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X __/s/Alyk L. Oflazian_____    Date __01/11/2023__
   Signature

Print:   __Alyk Lily Oflazian_____    Title __Attorneys for Creditor__

Company  __Manley Deas Kochalski LLC__

Address  __P.O. Box 165028_____
         Number        Street

         __Columbus, OH  43216-5028__
         City          State       ZIP Code

Contact phone __614-220-5611__    Email __amps@manleydeas.com__

Form 4100R        **Response to Notice of Final Cure Payment**        page **2**

\* Consent Order relief granted and entered 10/02/2019 and it did not provide any language regarding the continued application of FRBP 3002.1 to this claim. As such, the notice requirements of FRBP 3002.1, including the Notice of Final Cure Payment, ceased to apply upon the effective date of that Order. Claimant requests that no order be entered or determination be made as to the Notice of Final Cure which would in any way deem the account current.

18-037626_KJB

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 18-16902 |
| **Rahsaan G Thomas** | : Chapter 13 |
| | : Judge Eric L. Frank |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **Wells Fargo Bank, N.A.** | : Related Document # |
| Movant, | : |
| vs | : |
| | : |
| **Rahsaan G Thomas** | : |
| **Sade Thomas** | : |
| | : |
| **Kenneth E. West** | : |
| Respondents. | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Response to Notice of Final Cure was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

David M. Offen, Attorney for Rahsaan G Thomas, dmo160west@gmail.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Rahsaan G Thomas, 37 W. Wyneva Street, Philadelphia, PA 19144

Sade Thomas, 37 West Wyneva Street, Philadelphia, PA 19144

/s/Alyk L. Oflazian

18-037626_KJB